**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00265-REB-04

UNITED STATES OF AMERICA,

 Plaintiff,

v.

4.  KAYLEY AUE,

 Defendant.

## RESTITUTION ORDER

**Blackburn, J.**

 The matter is before me for entry of an order for restitution. On January 15, 2010, I conducted a sentencing hearing during which, *inter alia*, I deferred the issue of restitution, pending further hearing or stipulation. The parties have reached a stipulation concerning restitution. *See* **Report Regarding Restitution** [#109] filed January 29, 2010, by defendant. I approve the parties' stipulation and enter this restitution order.

 **THEREFORE, IT IS ORDERED** as follows:

 1. That the parties' stipulation concerning restitution as presented in the **Report Regarding Restitution** [#109] filed January 29, 2010, by defendant **IS APPROVED**;

 2. That the defendant, Kayley Aue, **SHALL PAY RESTITUTION** for the benefit of the victim, Guaranty Bank, in the stipulated amount of $12,500; provided, furthermore, that restitution shall be payable to the clerk of the court in installments of not less than $100 per month during the term of supervised release as directed by the probation

department;

      3. That restitution is **PAYABLE JOINTLY AND SEVERALLY** with codefendant, Jennifer Runk, and Terrance Hurt, the defendant in 09-cr-00431-LTB-1; and

      4. That the sentencing orders of this court, including the judgment [#104] entered January 21, 2010, **SHALL BE AMENDED** to include this order for restitution.

      Dated February 2, 2010, at Denver, Colorado.

                                    **BY THE COURT:**

                                    */s/ Robert E. Blackburn*
                                    Robert E. Blackburn
                                    United States District Judge